PENNSYLVANIA CO. v. DONAT. (Circuit Court of Appeals, Seventh Circuit. May 19, 1915.) No. 2190. In Error to the District Court of the United States for the District of Indiana. Elmer Leonard, J. H. Rose, and F. E. Zollars, all of Ft. Wayne, Ind., for plaintiff in error. R. B. Newcomb, A. G.

Newcomb, and E. C. Chapman, all of Cleveland, Ohio, G. M. Skiles, T. J. Green, and Roscoe C. Skiles, all of Shelby, Ohio, and James B. Harper and Otto E. Fuelber, both of Ft. Wayne, Ind., for defendant in error.

PER CURIAM. Heard and judgment affirmed.